| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Gibney, John A. | 2. Court or Organization<br><br>District Court-Eastern District of Virginia | 3. Date of Report<br><br>11/03/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States Courthouse
701 East Broad Street
Suite 6014
Richmond, Virginia 23219

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Directors | Lawyers Helping Lawyers |
| 2. | Trustee | Trust 1 |
| 3. | Trustee | Trust 2 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 11/03/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | College of William and Mary salary for teaching | $2,625.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Hanover County Attorney's Office - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 11/03/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 11/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. AT&T | B | Dividend | K | T | | | | | |
| 2. Chemours (X) | | None | | | Spinoff (from line 6) | 07/01/15 | J | | |
| 3. Chemours | | None | | | Sold | 12/07/15 | J | A | |
| 4. Coca-Cola | A | Dividend | K | T | | | | | |
| 5. CSX | C | Dividend | M | T | | | | | |
| 6. DuPont | A | Dividend | J | T | Donated (part) | | | | |
| 7. Exxon | D | Dividend | M | T | | | | | |
| 8. Henrico Cty Dev. Auth. for VA United Methodist Home Bonrds | A | Interest | K | T | | | | | |
| 9. Intel | A | Dividend | K | T | | | | | |
| 10. Merck | B | Dividend | K | T | | | | | |
| 11. Plum Creek Timber | B | Dividend | K | T | | | | | |
| 12. PNC Financial Services Common Stock | B | Dividend | L | T | | | | | |
| 13. PPL Corp | C | Dividend | L | T | | | | | |
| 14. Talen Energy (X) | A | Int./Div. | | | Spinoff (from line 13) | 06/01/15 | J | | |
| 15. Talen Energy | A | Dividend | | | Sold | 12/07/15 | J | A | |
| 16. American Funds, AMCAP CL A | D | Dividend | L | T | | | | | |
| 17. American Funds, American Balanced Fund Cl A | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 11/03/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Funds, American Mutual Fund Cl A | A | Dividend | K | T | | | | | |
| 19. American Funds, Capital World Bond Fund | A | Dividend | J | T | | | | | |
| 20. American funds, Capital World Growth and Income Fund | A | Dividend | K | T | | | | | |
| 21. American Funds, Fundamental Investors Fund Cl A | B | Dividend | K | T | | | | | |
| 22. American Funds, New Perspective Fund Cl A | A | Dividend | L | T | | | | | |
| 23. American Funds, New World Fund CL A | A | Dividend | J | T | | | | | |
| 24. Nuveen Virginia Municipal Bond Fund Cl I | A | Interest | | | Sold | 12/07/15 | K | A | |
| 25. American Funds, Washington Mutual Investors Fund Cl A | A | Dividend | K | T | | | | | |
| 26. Wells Fargo Advantage Municipal Cl A | A | Dividend | | | Sold | 04/14/15 | K | B | |
| 27. BB&T Interest Account | A | Interest | K | T | | | | | |
| 28. Vanguard Long Term Tax Exempt | A | Dividend | | | Sold | 06/18/15 | J | A | |
| 29. Vanguard Windsor II | A | Dividend | K | T | | | | | |
| 30. Wells Fargo Bank Account | A | Interest | J | T | | | | | |
| 31. Bank of America Bank Accounts | A | Interest | J | T | | | | | |
| 32. Northwestern Mutual Whole Life Insurance Policy | D | Dividend | N | T | | | | | |
| 33. Trust 1 | | | | | | | | | |
| 34. -Ford Motor Company New | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 11/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -American Funds, New Perspective Mutual Fund A | A | Dividend | K | T | | | | | |
| 36. -American Funds, Washington Mutual Fund | A | Dividend | K | T | | | | | |
| 37. -American Funds, AMCAP Fund A | A | Dividend | K | T | | | | | |
| 38. -Walt Disney Co. | A | Dividend | K | T | | | | | |
| 39. -Exxon | B | Dividend | K | T | | | | | |
| 40. -BB&T interest bearing account | A | Interest | J | T | | | | | |
| 41. Trust 2 | | | | | | | | | |
| 42. -Ford Motor Company New | A | Dividend | J | T | | | | | |
| 43. -American Funds, New Perspective Mutual Fund A | A | Dividend | K | T | | | | | |
| 44. -American Funds Washington Mutual Investors Fund | A | Dividend | K | T | | | | | |
| 45. -American Funds AMCAP Fund A | A | Dividend | K | T | | | | | |
| 46. -Walt Disney Co. | A | Dividend | K | T | | | | | |
| 47. -Exxon | B | Dividend | K | T | | | | | |
| 48. -BB&T interest bearing account | A | Interest | J | T | | | | | |
| 49. IRA 1 | | | | | | | | | |
| 50. -American Electic Power Co. | A | Dividend | J | T | | | | | |
| 51. -John Hancock Income Securities Trust Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 11/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Monmouth Real Estate Investment Corp. | A | Dividend | K | T | | | | | |
| 53. -Comenity Cap Bank (X) | A | Interest | | | Matured | 01/14/15 | J | A | |
| 54. -American Funds, Amcap Cl A Fund | A | Dividend | J | T | | | | | |
| 55. -American Funds, American Balanced Cl A Fund | A | Dividend | J | T | | | | | |
| 56. -American Funds, Capital World Bond CL A Fund | A | Dividend | J | T | | | | | |
| 57. -American Funds, Capital World -Growth and income Cl A Fund (note 2) | A | Dividend | J | T | | | | | |
| 58. -American Funds, Fundamental Investors Cl A Fund | A | Dividend | J | T | | | | | |
| 59. -American Funds, New Perspective Cl A Fund | A | Dividend | J | T | | | | | |
| 60. -American Funds, New World Cl A Fund | A | Dividend | J | T | | | | | |
| 61. -BB&T Interest Bearing Account (note 1) | A | Interest | J | T | | | | | |
| 62. IRA 2 | | | | | | | | | |
| 63. -American Funds, Amcap Cl A Fund | A | Dividend | L | T | | | | | |
| 64. -American Funds, American Balanced Cl A Fund | A | Dividend | L | T | | | | | |
| 65. -American Funds, American Mutual Cl A Fund | B | Dividend | L | T | | | | | |
| 66. -American Funds Capital World Bond CL A Fund | A | Dividend | K | T | | | | | |
| 67. -American Funds, Capital World -Growth and income Cl A Fund | A | Dividend | K | T | | | | | |
| 68. -American Funds, Fundamental Investors Cl A Fund | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 11/03/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. -American Funds, Growth Fund of America Cl A Fund | A | Dividend | K | T | | | | | |
| 70. -American Funds, New Perspective Cl A Fund | A | Dividend | L | T | | | | | |
| 71. -American Funds, New World Cl A Fund | A | Dividend | K | T | | | | | |
| 72. -AES Corp | A | Dividend | J | T | | | | | |
| 73. -Apollo Investment Corp | A | Dividend | J | T | | | | | |
| 74. -Cisco Systems, Inc. | A | Dividend | J | T | | | | | |
| 75. -Corning, Inc. | A | Dividend | J | T | | | | | |
| 76. -Exxon | A | Dividend | M | T | | | | | |
| 77. -IBM (note 4) | A | Dividend | | | Sold | 10/23/14 | K | A | |
| 78. -Microsoft | A | Dividend | J | T | | | | | |
| 79. -Nabors Industries Ltd | A | Dividend | J | T | | | | | |
| 80. -Proctor & Gamble | A | Dividend | J | T | | | | | |
| 81. -Qiagen NV Regular Shares | A | Dividend | J | T | | | | | |
| 82. -Teva Pharmaceutical | A | Dividend | J | T | | | | | |
| 83. -Triangle Capital Corp. | A | Dividend | J | T | | | | | |
| 84. -Walgreen Company | A | Dividend | J | T | | | | | |
| 85. -BB&T Interest Bearing Account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 11/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. IRA 3 | | | | | | | | | |
| 87. -Vanguard Explorer Fund | A | Dividend | K | T | | | | | |
| 88. IRA 4 | | | | | | | | | |
| 89. -American Funds Amcap Cl A Fund | B | Dividend | K | T | | | | | |
| 90. -American Funds American Balanced Fund Cl A | A | Dividend | K | T | | | | | |
| 91. -American Funds American Mutual Cl A | A | Dividend | K | T | | | | | |
| 92. -American Funds Capital World Growth and Income Cl A | A | Dividend | K | T | | | | | |
| 93. -American Funds Fundamental Investors Cl A | A | Dividend | K | T | | | | | |
| 94. -American Funds Growth Fund of America Cl A | A | Dividend | J | T | | | | | |
| 95. -American Funds New Perspective Fund Cl A | A | Dividend | K | T | | | | | |
| 96. -American Funds New World Cl A | A | Dividend | J | T | | | | | |
| 97. -American Funds American Small Cap World Cl A | A | Dividend | J | T | | | | | |
| 98. 457 Plan (note 1) | | | | | | | | | |
| 99. -Lincoln Stable Value Mutual Fund | A | Dividend | L | T | | | | | |
| 100. -Am FDS Europacific GR R4 | A | Dividend | K | T | | | | | |
| 101. -Mainstay Large Cap Growth Fund Class R1 | B | Dividend | L | T | | | | | |
| 102. -Artisan Mid Cap Value | A | Dividend | | | Sold | 04/15/15 | L | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 11/03/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Prudential Jennison Small Company Fund A | A | Dividend | | | Sold (part) | 04/03/15 | K | A | |
| 104. -Prudential Jennison Small Company Fund | A | Dividend | | | Sold | 04/08/15 | J | A | |
| 105. -Invesco Equity Income | A | Dividend | L | T | | | | | |
| 106. -Vanguard Mid Cap Index ADM | A | Dividend | L | T | | | | | |
| 107. -Dreyfus S&P 500 Index | A | Dividend | | | Sold | 02/19/15 | J | A | |
| 108. -Vanguard Total Bond (X) | A | Dividend | K | T | Buy | 03/16/15 | K | | |
| 109. -Vanguard Total Bond | A | Dividend | | | | | | | |
| 110. -Vanguard 500 Index (X) | B | Dividend | K | T | Buy | 03/16/15 | K | | |
| 111. -Vanguard Total Index | A | Dividend | | | | | | | |
| 112. Trust 3 | | | | | | | | | |
| 113. -Vanguard Target Retirement Income Fund | A | Dividend | K | T | | | | | |
| 114. -Vanguard Prime Money Market | A | Interest | J | T | | | | | |
| 115. -Vanguard Wellesley Income Fund Admiral | D | Dividend | M | T | | | | | |
| 116. -Sun Trust Bank Account | A | Interest | J | T | | | | | |
| 117. Virginia Credit Union Bank Account (X) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibney, John A. | 11/03/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII Line 97. In 457 plan, monthly purchases occurred from employer and employee contributions related to salary.

3. Part VII beginning at Line 30 and following in all sales of mutual funds. The amounts in mutual funds are based in part of reinvestment of dividends. For mutual funds held in IRAs and 457 account, purchases of the funds occurred on a monthly basis over many years. Because of these facts, it is impossible to determine the amount of gain from a sale. No monthly purchase of any particular asset exceeded $1,000.00.

4. Part VII Line 76. IBM was sold in 2014 and inadvertently omitted from last report,

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John A. Gibney**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544